KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALDEN PFANNENSTIEL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 17-cv-04100-SAC-KGS |
| | ) |
| PSI TRANSPORT, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), individual Plaintiff Alden Pfannenstiel and Defendant PSI Transport, LLC, jointly stipulate that any and all claims by and between them are dismissed with prejudice, each party to bear their own costs and attorney fees.

PREPARED AND APPROVED BY:

___/s/ Larry G. Michel_____
Larry G. Michel #14067
Attoney for Plaintiffs

1

2

APPROVED BY:

__/s/__Matthew P. Clune_____
Matthew P. Clune #21064
Attorney for Defendant

2